Manner v Yancey (2025 NY Slip Op 03444)

Manner v Yancey

2025 NY Slip Op 03444

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

312 CA 24-00553

[*1]MIKAYLA H. MANNER, PLAINTIFF-RESPONDENT,
v
STEVEN A. YANCEY AND WHITE'S FARM SUPPLY, INC., DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (NICHOLAS HRICZKO OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
GOLDBLATT & ASSOCIATES, P.C., MOHEGAN LAKE (KENNETH B. GOLDBLATT OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Oneida County (Julie G. Denton, J.), entered March 6, 2024. The order, inter alia, directed defendants to provide certain materials to plaintiff's counsel and denied defendants' cross-motion for a protective order. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Manner v Yancey ([appeal No. 2] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court